**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOCELYN PIERRE,<br><br>        Plaintiff,<br><br>v.<br><br>EMMA'S TORCH LTD. AND 345 SMITH REALTY LLC,<br><br>        Defendants. | Case No. 1:23-cv-08388-NGG-LB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jocelyn Pierre ("Plaintiff") and Defendants, Emma's Torch LTD. and 345 Smith Realty LLC ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action and all crossclaims shall be **DISMISSED WITH PREJUDICE** against all Defendants. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       April 3, 2024

**KAUFMAN DOLOWICH LLP**

By _____
Jack Babchik, Esq.
245 Main Street, Suite 330
White Plains, NY 10601-2425
Telephone: (914) 470-0001
*Attorneys for Defendant*
**EMMA'S TORCH LTD.**

**THE MARKS LAW FIRM, P.C.**

By _____
Bradly G. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Telephone: (646) 770-3775
*Attorneys for Plaintiff*

**CORNICELLO, TENDLER & BAUMEL-CORNICELLO, LLP**

By _____
Frederick E. Park, Esq.
29 Broadway, 25th Floor
New York, NY 10006
Telephone: (646) 597-6439
*Attorneys for Defendant*
**345 SMITH REALTY LLC**

So Ordered.

S/ Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 6/20/24